In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-08-363 CR


____________________



CARL WAYNE THIBODEAUX, Appellant



V.



THE STATE OF TEXAS, Appellee






On Appeal from the Criminal District Court


Jefferson County, Texas


Trial Cause No. 07-02003






MEMORANDUM OPINION


 On July 28, 2008, the trial court sentenced Carl Wayne Thibodeaux on a conviction
for possession of a controlled substance. Thibodeaux filed a request for permission to appeal
on August 14, 2008. The trial court entered a certification of the defendant's right to appeal
in which the court certified that this is a plea-bargain case and the defendant has no right of
appeal. See Tex. R. App. P. 25.2(a)(2). The district clerk has provided the trial court's
certification to the Court of Appeals.

 On August 22, 2008, we notified the parties that we would dismiss the appeal unless
an amended certification was filed within fifteen days of the date of the notice and made a
part of the appellate record. See Tex. R. App. P. 25.2(f). The record has not been
supplemented with an amended certification.

 Because the record does not contain a certification that shows the defendant has the
right of appeal, we must dismiss the appeal. See Tex. R. App. P. 25.2(d). Accordingly, we
dismiss the appeal for want of jurisdiction.

 APPEAL DISMISSED.

 

 STEVE McKEITHEN

 Chief Justice 


Opinion Delivered October 1, 2008

Do Not Publish


Before McKeithen, C.J., Kreger and Horton, JJ.